```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANSELMO TEHUITZIL AVILA,
*on behalf of himself and others similarly situated*,

                    Plaintiffs,

        - against -

HUDSON MARKET 57, INC., et al.,

                    Defendants.
------------------------------------------------------------X

20 Civ. 4338 (JMF) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This matter was referred to the undersigned for settlement on June 10, 2020. The parties shall coordinate with each other and with my Deputy Clerk for scheduling an initial conference and a settlement conference.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated:    September 11, 2020
             New York, New York